D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA 98902
Telephone: (509) 452-1700
Fax: (509) 577-9109

Attorney for Plaintiff

U.S. Magistrate Judge Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE VANDERWEKEN, | ) CIVIL NO: 3:19-CV-05950-MLP |
| Plaintiff, | ) |
| vs. | ) ORDER APPROVING THE PARTIES MOTION FOR VOLUNTARY DISMISSAL |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| Defendant | ) |

Plaintiff was awarded Supplemental Security Income ("SSI") on March 10, 2018. This appeal was taken to this Court to make a determination of whether Plaintiff should have also been awarded Disabled Widow's Benefits ("DWB"). Upon receipt of the Administrative Record in this case Plaintiff learned for the first time that the Administrative Law Judge did issue an Amended Fully Favorable Decision awarding both SSI and DWB to Plaintiff. Based on this resolution Plaintiff has moved for voluntary dismissal of this matter, and Defendant has

stipulated to the Dismissal. Accordingly, it is hereby Ordered, that Plaintiff's Motion for a Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is granted.

Dated January 16, 2020

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

S/ D. JAMES TREE, WSBA#1697
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proposed Order for Voluntary Dismissal was filed with the Clerk of the Court on January 14, 2020, using the CM/ECF system which will send notification of such filing to the following: Kerry Jane Keefe, Assistant U.S. Attorney and Justin Martin, Office of the General Counsel.

s/ D. JAMES TREE

Attorney for Plaintiff
Yakima, Washington 98902
3711 Englewood Ave.
Telephone: (509) 452-1700
Fax: (509) 577-9109

ORDER [3:19-CV-05950-MLP] - 3

Tree Law Office
3711 Englewood Ave.
Yakima, WA 98902
Phone: 509-452-1700